Exhibit A

## EXHIBIT A

## MSDWMC 2000 TRUST PROPERTIES
Pod 2 Properties

Pod 2 Loan Amount: $10,205,000.00

| Unit # | Property Address | County | Leasehold/Fee |
|---|---|---|---|
| 1500346 | 2516 Bouldercrest Rd. SE, Atlanta, GA 30316 | DeKalb | Lshold [L] |
| 1500368 | 315 S. Broad St., Monroe, GA 30655 | Walton | Lshold [L] |
| 1500518 | 5259 Hwy. 78, Stone Mountain, GA 30087 | Gwinnett | Lshold [L] |
| 1500630 | 260 N. Lee St., Forsyth, GA 31029 | Monroe | Fee |
| 1500639 | 624 N. Church St., Thomaston, GA 30286 | Upson | Lshold [SGL] |
| 1500659 | 231 Temple Ave., Newnan, GA 30263 | Coweta | Lshold [L] |
| 1500669 | 220 Tripp St., Americus, GA 31709 | Sumter | Lshold [SL] |
| 1500785 | 4205 Fulton Industrial Blvd. SW, Atlanta, GA 30336 | Fulton | Lshold [SGL] |
| 1500798 | 100 Industrial Blvd. a/k/a SR 282 & Ind. Blvd. a/k/a SR 282 & US Hwy. 76, E. Ellijay, GA 30539 a/k/a 30540 | Gilmer | Lshold [SL] [Negative Pledge Property] |
| 1500904 | 2284 US Hwy. 41 NW, Calhoun, GA 30701 | Gordon | Lshold [SL] |
| 1501097 | 1702 E. 16th Ave., Cordele, GA 31015 | Crisp | Lshold [SGL] |
| 1501334 | 969 E. Andrews Ave., Ozark, AL 36360 | Dale | Lshold [SGL] |
| 1501401 | 2530 Pepperell Pkwy., Opelika, AL 36801 | Lee | Lshold [SL] |
| 1501417 | 1086 Ross Clark Cir., Dothan, AL 36303 | Houston | Fee |
| 1501453 | 1885 Almon St. a/k/a PO Box 655 Intersection I-20 & Hwy. 9, Heflin, AL 36264 | Cleburne | Fee |
| 1501454 | Hwy. 52 & Hwy. 167, Hartford, AL 36344 | Geneva | Fee |
| 1501521 | 1616 NW Hwy. 41 a/k/a US Hwy. 41 N., Jasper, FL 32052 | Hamilton | Fee |
| 1501543 | 940 Thornton Rd., Lithia Springs, GA 30122 | Douglas | Fee |
| 1501549 | 3110 Cedartown Hwy. SW PO Box 70, Lindale a/k/a Rome, GA 30147 a/k/a 30161 | Floyd | Fee |
| 1501698 | 4445 Jefferson Davis Hwy. a/k/a US Hwy. 1 & Belvedere Rd., Clearwater, SC 29822 | Aiken | Lshold [SGL] |
| 1501900 | 587 Carrollton St., Temple, GA 30179 | Carroll | Fee |