# Exhibit A

****See Notes at bottom of Exhibit A****

## EXHIBIT A

## CATEGORY 1 PROPERTIES - FEE SITES

| Unit # | Pod # | Property Address | County | Fee/ Leasehold |
|---|---|---|---|---|
| 1500261 | 4 | 1300 280 Bypass, Phenix City, AL  36867 | Russell | Fee |
| *1500274 **CLOSED** | 2 | 816 S. Grant St., Fitzgerald, GA  31750 | Ben Hill | P1: Fee (Bldg) P2: Lshold [SL] (Parking) P3: Lshold [SL] (Parking) |
| 1500326 | 3 | 807 W. 4th St., Adel, GA  31620 | Cook | P1: Fee (Bldg) P2: Lshold [SGL] (Parking Access) |
| 1500380 | 1 | 421 N. Davis Dr., Warner Robins, GA  31093 | Houston | Fee |
| 1500394 | 4 | 812 E. Washington Ave., Ashburn, GA  31714 | Turner | Fee |
| *1500413 | 1 | 899 Forrester Dr., SE, Dawson, GA  31742 | Terrell | Fee |
| 1500630 | 2 | 260 N. Lee St., Forsyth, GA  31029 | Monroe | Fee |
| *1500962 **CLOSED** | 2 | 1359 Virginia Ave., East Point, GA  30344 | Fulton | Fee |
| *1500996 **CLOSED 7.14.2004** | 1 | 538 Hwy. 27 N., a/k/a 190 N. Cobbleton St., Greenville, GA  30222  **[RT. 3, Box 1]** | Meriwether | Fee |
| 1501018 | 3 | 182 Keys Ferry St., McDonough, GA  30253 | Henry | Fee **(Parking Easement part of Ins'd Estate) – No Lease of Parking** |
| 1501040 | 3 | 801 North Houston Rd., Warner Robins, GA  31093 | Houston | Fee |
| *1501095 | 3 | 4005 Lexington Rd., Athens, GA  30605 | Clarke | Fee |

| Unit # | Pod # | Property Address | County | Fee/Leasehold |
|---|---|---|---|---|
| 1501102 | 1 | 2011 Flat Schools Rd. SE, a/k/a 2101 Flat Shoals Rd. SW, Conyers, GA 30094 | Rockdale | Fee |
| *1501174 | 2 | 198 US 441 Bypass, a/k/a 1075 Level Grove Rd., Cornelia, GA 30531 | Habersham | Fee |
| *1501177 | 4 | 4538 Oakwood Rd., Oakwood, GA 30566 | Hall | Fee |
| 1501399 | 1 | 529 N. Claxton Ave., Elba, AL 36323 | Coffee | Fee |
| 1501417 | 2 | 1086 Ross Clark Cir., Dothan, AL 36303 | Houston | Fee |
| 1501439 | 3 | Hwy. 431 N. & Church Route 2, Box 44, Headland, AL 36345 | Henry | Fee |
| 1501446 | 1 | US Hwy. 431 & State Rd. 50, Lafayette, AL 36862 [303 9th Ave. SW-HFS] | Chambers | Fee |
| 1501453 | 2 | 1885 Almon St., a/k/a PO Box 655, Intersection I-20 & Hwy. 9, Heflin, AL 36264 | Cleburne | Fee |
| 1501454 | 2 | Hwy. 52 & Hwy. 167, Hartford, AL 36344 | Geneva | Fee |
| *1501503 | 2 | 1237 West Base Street, Winn Dixie Plaza, Madison, Madison County, FL ___ | Madison | Fee |
| 1501521 | 2 | 1616 NW Hwy. 41, a/k/a US Hwy. 41 N., Jasper, FL 32052 | Hamilton | Fee |
| 1501541 | 1 | N. Commerce St. [10424-HFS], a/k/a Hwy. 27 N. & Commerce St., Summerville, GA 30747 | Chattooga | Fee |
| 1501543 | 2 | 940 Thornton Rd., Lithia Springs, GA 30122 | Douglas | Fee |
| 1501549 | 2 | 3110 Cedartown Hwy. SW, PO Box 70, Lindale, a/k/a Rome, GA 30147 a/k/a 30161 | Floyd | Fee |
| 1501724 | 4 | 412 N. Main St., Saluda, SC 29138 | Saluda | Fee |
| 1501735 | 1 | [725-HFS] Augusta Rd., a/k/a US Hwy. 25 at 23, Edgefield, SC 29824 | Edgefield | Fee |
| 1501743 | 1 | 300 [397-HFS] Lee St., Johnston, SC 29832 | Edgefield | Fee |
| 1501766 | 3 | 2648 Columbia Hwy. N., Aiken, SC 29801 | Aiken | Fee |
| 1501896 | 1 | 1181 [8770-HFS] US Hwy. 27, a/k/a US Hwy. 27, Franklin, GA 30217 | Heard | Fee |
| 1501897 | 4 | 1190 North Park St., Carrollton, GA 30117 | Carroll | Fee |
| 1501898 | 4 | 4201 Hwy. 154, a/k/a 4201 Sharpsburg McCullum Rd., Newnan, GA 30265 | Coweta | Fee |
| *1501899 | 1 | 2278 US Hwy. 78, Tallapoosa, GA 30176 | Haralson | Fee |
| 1501900 | 2 | 587 Carrollton St., Temple, GA 30179 | Carroll | Fee |
| 1501901 | 3 | 552 [555-HFS] Forsyth St., Monticello, GA 31064 | Jasper | Fee |
| 1501902 | 3 | 3056 Jodeco Rd., McDonough, GA 30253 | Henry | Fee |
| 1501968 | 1 | 1612 Hwy. 3, a/k/a 1612 Atlanta Hwy., Auburn, GA 30011 | Barrow | Fee |

| Unit # | Pod # | Property Address | County | Fee/ Leasehold |
|---|---|---|---|---|
| *1501970 | 4 | 643 Athens Road, a/k/a US Hwy 78, W. Lexington, Ogelthorpe County, GA | Ogelthorpe | Fee |

Notes:
1)     Mixed sites that have primary site with building as "fee" and parking and/or access as "leasehold," are on "Fee Site List."
2)     Units marked as "*CLOSED" are not on HFS list
3)     Units marked with "*" are not on HFS list